Frank C. Bolt, Respondent, *v.* Mary Keyhoe, Appellant.

(Submitted June 3, 1884; decided June 17, 1884.)

*Ellsworth & Potter* for appellant.

*E. C. Hart* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.